Order entered October 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00223-CR

### TIWIAN LAQUINN SKIEF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-35936-L**

## ORDER

By letters dated September 12, 2012 and October 5, 2012, the Court notified the trial court that the certification of appellant's right to appeal required by Texas Rule of Appellate Procedure 25.2 has not yet been filed. In each letter, we asked the judge to review the record and to file, within ten days, a certification that accurately reflects the trial court proceedings. To date, we have not received the certification of appellant's right to appeal or any response from the trial court regarding the status of the certification. The appeal cannot proceed until the certification of appellant's right to appeal.

Accordingly, this Court **ORDERS** the trial court to file, within **SEVEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE